[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-14937
Non-Argument Calendar
_____

D.C. Docket No. 2:13-cr-00064-JES-DNF-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ATILANO SALDANA SALDANA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 23, 2014)

Before HULL, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Adeel Bashir, appointed counsel for Atilano Saldana in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's

assessment of the relative merit of the appeal is correct.    Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Saldana's conviction and sentence are **AFFIRMED**.